

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC**., Reporters Committee for Freedom of the Press, and Houston Forward
Times,
Appellants

v.

**HOUSECANARY, INC**., d/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

On January 26, 2022, appellant filed (1) a Resident Attorney's Motion in Support of
Motion for *Pro Hac Vice* Admission of Jesenka Mrdjenovic and (2) an Unopposed Motion for
*Pro Hac Vice* Admission of Jesenka Mrdjenovic, each requesting this court allow Jesenka
Mrdjenovic to appear *pro hac vice* to serve as appellate co-counsel for appellant. The motions
are GRANTED.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 28th day of January, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court